IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| SHERITA L. LANGSTON AND<br>HUSBAND JULIUS S. DACUS,<br><br>    Plaintiffs,<br><br>v.<br><br>PUBLIX SUPER MARKET AT<br>MOUNT VERNON POINT AND<br>PUBLIX SUPER MARKETS D/B/A<br>PUBLIX SUPER MARKET AT<br>MOUNT VERNON POINT,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  **CASE NO. 1:23-CV-291**<br>)  **JURY DEMANDED**<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

It appearing to the Court as evidenced by the signatures of the respective counsel for the parties appearing below, the Defendants, PUBLIX SUPER MARKET AT MOUNT VERNON POINT and PUBLIX SUPER MARKETS, INC., D/B/A PUBLIX SUPER MARKET AT MOUNT VERNON POINT, are intended to be discharged from any and all liability to Plaintiffs, SHERITA LANGSTON and JULIUS DACUS, including all subrogation interests, all medical liens, hospital liens, doctor's liens, workers' compensation liens, property damage liens, disability liens, or any other lien of any kind as well as other bills or costs, it is accordingly,

**ORDERED** that Defendants, PUBLIX SUPER MARKET AT MOUNT VERNON POINT and PUBLIX SUPER MARKETS, INC., D/B/A PUBLIX SUPER MARKET AT MOUNT VERNON POINT be dismissed from this case with prejudice and from any and all other responsibilities connected with this matter and that this cause be and the same is hereby dismissed with prejudice to the refiling of same as to Defendants, PUBLIX SUPER MARKET AT MOUNT VERNON POINT and PUBLIX SUPER MARKETS, INC., D/B/A PUBLIX SUPER MARKET

AT MOUNT VERNON POINT c/o John Floyd, Jr., Wicker Smith O'Hara McCoy & Ford, PA, 3990 Hillsboro Pike, Suite 200, Nashville, TN 37215.

It is further **ORDERED** that the Stipulation of Dismissal with Prejudice as to Defendants, PUBLIX SUPER MARKET AT MOUNT VERNON POINT and PUBLIX SUPER MARKETS, INC., D/B/A PUBLIX SUPER MARKET AT MOUNT VERNON POINT shall be entered and any unpaid court costs shall be taxed to Defendants, PUBLIX SUPER MARKET AT MOUNT VERNON POINT and PUBLIX SUPER MARKETS, INC., D/B/A PUBLIX SUPER MARKET AT MOUNT VERNON POINT, by the Clerk of the Court, whether in this Court or the prior State Trial Court action.

**BE IT SO ENTERED** this ____ day of _____, 2024.

s/ *Susan K. Lee*
SUSAN K. LEE
UNITED STATES MAGISTRATE JUDGE

- 2 -
Case 1:23-cv-00291-SKL    Document 34    Filed 12/03/24    Page 2 of 3    PageID #: 247

APPROVED FOR ENTRY:

WICKER SMITH O'HARA MCCOY & FORD, PA

By: */s/ John F. Floyd, Jr.*
    John F. Floyd, Jr., #035133
    3990 Hillsboro Pike, Suite 200
    Nashville, TN 37215
    (615) 369-3300
    jfloydjr@wickersmith.com
    *Counsel for Defendant*

WARREN & GRIFFIN, PC

By: */s/ C. Mark Warren (w/permission JF)*
    C. Mark Warren, #013992
    1305 Carter Street
    Chattanooga, TN 37402
    (423) 265-4878
    cmark@warrenandgriffin.com
    *Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

    I hereby certify that a true and exact copy of the foregoing STIPULATION OF DISMISSAL WITH PREJUDICE has been served on the following counsel of record via the Court's ECF system:

C. Mark Warren
Warren & Griffin, PC
1305 Carter Street
Chattanooga, TN 37402
cmark@warrenandgriffin.com

On this the 2nd day of December, 2024.

                                          */s/ John F. Floyd, Jr.*